George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Judith Harriet Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JUDITH HARRIET SMITH<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner,<br>Social Security Administration<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:　3:12-cv-00752-AC<br><br><br>STIPULATION AND ORDER AWARDING<br>EAJA FEES |

On February 11, 2013 the Court granted the parties' stipulated motion for remand. The parties named above through their respective attorneys hereby agree that attorney fees in the amount of $3,870.72 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), should be awarded to Plaintiff, Judith Harriet Smith.

Dated: March 4, 2013.

/s/ George J. Wall
George J. Wall, OSB #93451
 gwall@eastpdxlaw.com
Telephone: (503) 236-0068
Fax: (503) 236-0028
Attorney for Plaintiff, Judith Smith

/s/ Jordan Goddard
Jordan Goddard
Office of General Counsel
jordan.goddard@ssa.gov
Telephone: (206)615-3749
Fax: (206)615-2531

Page 1 – STIPULATION AND ORDER AWARDING EAJA FEES

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $3,870.72 shall be awarded to Plaintiff, Judith Harriet Smith, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Signed: _____    Dated _March 11, 2013_

magistrate Judge, U.S. District Court
District of Oregon


Order prepared by:

/s/ George J. Wall_____
George J. Wall, OSB #934515
Attorney for Plaintiff, Judith Smith
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated:  March 4, 2013


_/s/ George J. Wall_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Telephone: (503) 236-0068
Fax: (503) 236-0028
Attorney for Plaintiff Judith Harriet Smith


Page 2 – STIPULATION AND ORDER AWARDING EAJA FEES